# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **ED CV 26-4442 FMO (DSR)** | Date | **August 12, 2026** |
|---|---|---|---|
| Title | **Jose Wilfredo Esquivel Samayoa v. Warden Desert View Annex** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Petitioner: | Attorney Present for Respondents: |
|---|---|
| None Present | None Present |

**Proceedings:**     **(In Chambers) Order Referring Case to the Federal Public Defender to Consider Appointment of Counsel**

Having reviewed Jose Wilfredo Esquivel Samayoa's ("petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Dkt. 1, "Petition"), the court concludes as follows. While there is no absolute right to appointment of counsel in habeas proceedings, see Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996), the court has authority to appoint counsel in habeas proceedings when "the court determines that the interests of justice so require."  18 U.S.C. § 3006A(a)(2); (a)(2)(B).  The decision of whether to appoint counsel in a habeas proceeding turns on a petitioner's ability to articulate claims pro se in light of the complexity of the legal issues involved and the likelihood of success on the merits.  See Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).  Under the circumstances, and considering the allegations in the Petition, the court finds that the interests of justice warrant the appointment of habeas counsel.

The office of the Federal Public Defender for the Central District of California ("FPD") has indicated that it will accept appointments to represent pro se petitioners in immigration-related habeas corpus proceedings.  Accordingly, IT IS ORDERED THAT:

1.  The court **refers** this case to the FPD for consideration of appointment of counsel for petitioner.  The FPD shall file a response within seven (7) calendar days of this Order, indicating whether the FPD will represent petitioner in this matter.  This obligation shall be satisfied if the FPD files a notice of appearance in the case.

2.  The Clerk shall serve a copy of this Order on the parties and the office of the FPD, including via email at cac_appointments@fd.org.

3.  The expedited briefing schedule set forth in General Order 26-05 is suspended pending counsel's appearance.  The briefing schedule will resume once a notice of appearance is filed.

Initials of Preparer _____    vdr