**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JOSE WILFREDO ESQUIVEL SAMAYOA,
Petitioner,

v.

**WARDEN DESERT VIEW ANNEX**,
Respondent.

No. 5:26-cv-04442-FMO-DSR

**~~[PROPOSED]~~ ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE REPLY**

Good cause having been shown, Petitioner Jose Wilfredo Esquivel Samayoa's request for an extension of time to file a reply in support of his habeas petition (Doc. No. 11) is GRANTED. The reply is due no later than September 24, 2026. Unless otherwise ordered by the Court, the case will be taken under submission upon the filing of the reply without oral argument.

**IT IS SO ORDERED**.

Date: August 27, 2026

HON. DANIEL S. ROBERTS
United States Magistrate Judge